AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Leo McClam, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:15-cv-00362-TLW |
| | ) | |
| Mr. NFN Livingston, Officer et al; Judy Depree, Social Worker; Janice Thomas, RN; Dr. NFN Cross, I'm sueing each defendant in his own privet individual capacities; Kia Wilson, Horry County Attorney; Kenny Boone, Sheriff, | ) ) ) ) | |
| *Defendants* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Leo McClam, shall take nothing of the defendants, Mr. NFN Livingston; Judy Depree; Janice Thomas; Kia Wilson; Kenny Boone, and this action is dismissed without prejudice as to these defendants.

■ other: the plaintiff, Leo McClam, shall take nothing of the defendant, Dr. NFN Cross, and this action is dismissed with prejudice as to this defendants for failure to prosecute pursuant to Rule 41(b).

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Chief United States District Judge, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended the dismissal of Mr. NFN Livingston; Judy Depree; Janice Thomas; Kia Wilson; Kenny Boone without prejudice.

■ decided by the Honorable Terry L. Wooten, Chief United States District Judge, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended the dismissal of Dr. NFN Cross with prejudice.

Date:  June 9, 2016                                         *ROBIN L. BLUME, CLERK OF COURT*

                                                            s/M. Walker
                                                  *Signature of Clerk or Deputy Clerk*